# EXHIBIT A

BRIAN SANDOVAL  STATE OF NEVADA  C.J. MANTHE
*Governor*  *Director*


BARBARA D. RICHARDSON
*Commissioner*



DEPARTMENT OF BUSINESS AND INDUSTRY
DIVISION OF INSURANCE
3300 West Sahara Avenue, Suite 275
Las Vegas, Nevada 89102-3203
(702) 486-4009    •    Fax (702) 486-4007
Website: doi.nv.gov
E-mail: insinfo@doi.nv.gov

June 25, 2018

State Farm Mutual Automobile Insurance Company
c/o CSC Services of Nevada, Inc.
2215 Renaissance Dr., Ste. B
Las Vegas, NV 89119-6727

RE:   Anthony Hank vs. State Farm Mutual Automobile Insurance Company, et al.
      District Court, Clark County, Nevada
      Case No. A-18-774738-C

Dear Sir or Madam:

Enclosed please find the following documents: Summons and Complaint. These documents have been served upon the Commissioner of Insurance as your attorney for service of process on June 21, 2018.

The appropriate action should be taken immediately, as you may only have 30 days from the date of this service to respond.

If you have any questions regarding this service, please advise.

Sincerely,

BARBARA D. RICHARDSON
Commissioner of Insurance

By:  *[signature]*
     RHONDA KELLY
     Service of Process Clerk

Enclosures

c:   Dillon G. Coil, Esq.

# PROOF OF SERVICE

I hereby declare that on this day I served a copy of the Summons and Complaint upon the following defendant in the within matter, by shipping a copy thereof, via Certified mail, return receipt requested, to the following:

> State Farm Mutual Automobile Insurance Company
> c/o CSC Services of Nevada, Inc.
> 2215 Renaissance Dr., Ste. B
> Las Vegas, NV 89119-6727
> CERTIFIED MAIL NO. 7016 3010 0000 0486 4507

I declare, under penalty of perjury, that the foregoing is true and correct.

DATED this 25th day of June, 2018.

*Rhonda Kelly*
RHONDA KELLY
Employee of the State of Nevada
Department of Business and Industry
Division of Insurance

RE:  Anthony Hank vs. State Farm Mutual Automobile Insurance Company, et al.
     District Court, Clark County, Nevada
     Case No. A-18-774738-C

State of Nevada, Division of Insurance
This document on which this certificate is stamped is a full, true and correct copy of the original.

Date: 6/25/18    By: *Rhonda Kelly*

-1-



```
1  SUMM
   GABRIEL A. MARTINEZ, ESQ.
2  Nevada Bar No. 000326
3  THOMAS W. ASKEROTH, ESQ.
   Nevada Bar No. 011513
4  DILLON G. COIL, ESQ.
   Nevada Bar No. 011541
5  GREENMAN GOLDBERG RABY & MARTINEZ
6  601 South Ninth Street
   Las Vegas, NV 89101
7  Phone: 702. 384.1616 ~ Fax: 702.384.2990
   Email: gmartinez@ggrmlawfirm.com
8         taskeroth@ggrmlawfirm.com
9         dcoil@ggrmlawfirm.com
   Attorneys for Plaintiff
```

## DISTRICT COURT

## CLARK COUNTY, NEVADA

ANTHONY HANK;

Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY;
and DOES I through X;
and BUSINESS ENTITIES XI through XX;
inclusive,

Defendants.

CASE NO.: A-18-774738-C
DEPT. NO.: 25

## SUMMONS

**NOTICE! YOU HAVE BEEN SUED. THE COURT MAY DECIDE AGAINST YOU WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS. READ THE INFORMATION BELOW.**

TO: STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.; A civil Complaint has been filed by the Plaintiff(s) against you for the relief set forth in the Complaint.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you, exclusive of the day of service, you must do the following:

    a. File with the Clerk of this Court, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.
    b. Serve a copy of your response upon the attorney whose name and address is shown below.

1

2. Unless you respond, your default will be entered upon application of the Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which you could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this Summons within which to file an answer or other responsive pleading to the complaint.

Submitted by:

GREENMAN, GOLDBERG, RABY & MARTINEZ

/s/ Dillon G. Coil

**GABRIEL A. MARTINEZ, ESQ.**
Nevada Bar. No. 000326
**DILLON G. COIL, ESQ.**
Nevada Bar No. 011541
601 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Plaintiff*

CLERK OF THE COURT


Josefina San Juan   6/13/2018
Deputy Clerk
Regional Justice Center
200 Lewis Avenue
Las Vegas, NV 89155

**AFFIDAVIT OF SERVICE**

STATE OF NEVADA   )
                  ) ss:
COUNTY OF         )

_____, being duly sworn, says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to nor interested in the proceeding in which this affidavit is made. that affiant received _____ copy(ies) of the Summons and Complaint on the _____ day of _____, 2018, and served the same on the _____ day of _____, 2018, by:

(Affiant must complete the appropriate paragraph)

1. Delivering and leaving a copy with the Defendant _____ at (state address) _____.

2. Serving the Defendant _____ by personally delivering and leaving a copy with _____, a person of suitable age and discretion residing at the Defendant's usual place of abode located at: (state address) _____.

(Use paragraph 3 for service upon agent, completing A or B)

3. Serving the Defendant _____ by personally delivering and leaving a copy at (state address) _____.
   a. With _____ as _____, an agent lawfully designated by statute to accept service of process;
   b. With _____, pursuant to NRS 14.020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

4. Personally depositing a copy in a mail box of the United States Post Office, enclosed in a sealed envelope postage prepaid (Check appropriate method):
   _____ Ordinary mail
   _____ Certified mail, return receipt requested
   _____ Registered mail, return receipt requested
   addressed to the Defendant _____ at Defendant's last known address which is (state address) _____.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

EXECUTED this _____ day of _____, 2018.

_____
SIGNATURE OF PERSON MAKING SERVICE

Greenman Goldberg Raby Martinez
ACCIDENT INJURY ATTORNEYS

3

RECEIVED
JUN 21 2018
DIVISION OF INSURANCE
STATE OF NEVADA

Electronically Filed
5/18/2018 11:31 AM
Steven D. Grierson
CLERK OF THE COURT

COMP
Gabriel A. Martinez, Esq. (SBN 326)
Thomas W. Askeroth, Esq. (SBN 11513)
Dillon G. Coil, Esq. (SBN 11541)
**GREENMAN GOLDBERG RABY & MARTINEZ**
601 South Ninth Street
Las Vegas, NV 89101
Phone: 702.384.1616 ~ Fax: 702.384.2990
gmartinez@ggrmlawfirm.com
taskeroth@ggrmlawfirm.com
dcoil@ggrmlawfirm.com
*Attorneys for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ANTHONY HANK;<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY;<br>DOES I through X;<br>and BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendants. | CASE NO.:   A-18-774738-C<br>DEPT. NO.:<br>Department 25 |

### COMPLAINT

COMES NOW Plaintiff, ANTHONY HANK, by and through his attorneys, GREENMAN, GOLDBERG, RABY & MARTINEZ, and complains of Defendants, and each of them, and for his causes of action alleges as follows:

### I.

### JURISDICTIONAL ALLEGATIONS

1. That upon information and belief, at all times relevant to this action, Plaintiff, ANTHONY HANK (hereinafter "Plaintiff"), was and is an adult resident of Clark County, Nevada.

2. That upon information and belief, at all times relevant to this action, Defendant,

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY (hereinafter "STATE FARM"), was and is a corporation authorized to conduct business within Clark County, Nevada.

3. That the true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants, DOES I through X, and ROE CORPORATIONS XI through XX, are unknown to Plaintiff, who therefore sue said Defendants by such fictitious names. Plaintiff is informed and believes and there upon alleges that each of the Defendants designated herein as a Doe and/or a Roe was the agent, servant, employee, or corporate employer of the other, acting within the scope and purpose of said agency, service, employment, or corporate activity; that each of the Defendants designated herein as a Doe or Roe is negligently responsible in some manner for the events, circumstances, and happenings herein referred to and negligently caused injuries and damages proximately thereby to the Plaintiff as herein alleged; that Plaintiff will ask leave of this Court to amend this Complaint to insert the true names and capacities of said Defendants, DOES I through X, and ROE CORPORATIONS XI through XX, when the same have been ascertained by Plaintiff, together with appropriate charging allegations, and to join such Defendants in this action.

## II.

## GENERAL ALLEGATIONS

4. Plaintiff repeats and realleges all previous paragraphs and incorporates those paragraphs herein by reference.

5. On or about August 26, 2016, Plaintiff was traveling southbound on Hualapai Way, when Janielle Opferman failed to use reasonable care while driving and caused his vehicle to strike Plaintiff's vehicle.

6. That Plaintiff sustained injuries as a result of said collision, and that the damages sustained by Plaintiff were caused solely by the negligence of Janielle Opferman.

7. That Plaintiff thereafter settled a bodily injury claim against Janielle Opferman, for the policy limits of fifteen thousand dollars ($25,000.00).

8. That upon information and belief, at all times relevant herein, Plaintiff was a covered person under a certain uninsured/underinsured motorist policy (hereinafter "UIM

policy") with STATE FARM. Policy number 2895435-E01-281.

## III.

## FIRST CAUSE OF ACTION

### (Breach of Contract)

9. Plaintiff repeats and realleges all previous paragraphs and incorporates those paragraphs herein by reference.

10. An insurance contract for UIM coverage existed between Plaintiff and STATE FARM at all relevant times herein.

11. STATE FARM has breached the contract by failing to pay, and unreasonably delaying Plaintiff's claim for damages relating to the August 26, 2016 motor vehicle accident.

12. That because of STATE FARM's breach of this contract, Plaintiff has been required to obtain the services of an attorney in order to prosecute this action, and he is entitled to reasonable attorney's fees plus costs of suit.

## IV.

## SECOND CAUSE OF ACTION

### (Bad Faith)

13. Plaintiff repeats and realleges all previous paragraphs and incorporates those paragraphs herein by reference.

14. Nevada law recognizes an implied covenant of good faith and fair dealing in every contract, including a contract for UIM coverage.

15. By failing to accept and pay the claims; by failing to conduct a full, fair and objective investigation and evaluation before denying Plaintiff's claim; by treating its interest above that of Plaintiff's interests; by failing to adopt reasonable standards for claims handling practices; by unreasonably delaying or refusing to compensate Plaintiff for his covered losses under the UIM policy, and other conduct, Defendants breached their duty of good faith and fair.

16. As a direct and proximate result of Defendant's conduct, Plaintiff suffered special and general damages, including emotional distress, costs and attorney's fees.

17. In engaging in its bad faith conduct, STATE FARM has acted fraudulently,

oppressively, and in malicious disregard for the rights of Plaintiff. Plaintiff, therefore, seeks punitive damages by way of punishment and deterrence in an amount to be determined at trial.

18. That because of STATE FARM's Bad Faith conduct, Plaintiff has been required to obtain the services of an attorney in order to prosecute this action, and he is entitled to reasonable attorney's fees plus costs of suit.

## V.

## THIRD CAUSE OF ACTION

### (Breach of Nevada's Unfair Claims Settlement Act)

19. Plaintiff repeats and realleges all previous paragraphs and incorporates those paragraphs herein by reference.

20. STATE FARM is and at all times mentioned herein was an entity regulated by the Nevada Revised Statutes.

21. Under NRS 686A.310(2), Plaintiff is specifically authorized to enforce the provisions of NRS 686A.310(1).

22. Plaintiff incorporates the specific provisions of NRS 686A.310(1).

23. STATE FARM has violated NRS 686A.310(1) by failing to pay where liability is reasonably clear; by misrepresenting pertinent facts and insurance policy provisions relating to coverages at issue; by failing to adopt and implement reasonable standards for the investigation of claims; by failing to affirm or deny coverage within a reasonable time; by failing to provide promptly to an insured a reasonable explanation of the basis in the insurance policy, with respect to the facts of the insured's claim and the applicable law; and other wrongful conduct.

24. As a proximate and foreseeable result of the violations of NRS 686A.310, Plaintiff has suffered general and special damages.

25. In perpetuating the aforementioned violations of NRS 686A.310, STATE FARM has acted fraudulently, oppressively, and in malicious disregard for the rights of Plaintiff. Plaintiff, therefore, seeks punitive damages by way of punishment and deterrence in an amount to be determined at trial.

26. That because of STATE FARM's aforementioned violations of NRS 686A.310, Plaintiff has been required to obtain the services of an attorney in order to prosecute this action, and he is entitled to reasonable attorney's fees plus costs of suit.

## VI.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, expressly reserving the right to amend this Complaint at the time of trial of the action to include all items of damage not yet ascertained, demands judgment against the Defendants as follows:

1. For a sum in excess of $15,000.00 for past and future medical treatment;
2. For a sum in excess of $15,000.00 for past and future pain, suffering, anxiety and general damages;
3. For a sum in excess of $15,000 for punitive and exemplary damages;
4. For reasonable attorney's fees and costs of suit; and
5. For such other and further relief as the Court may deem just and proper.

Dated this 4th day of May, 2018.

          GREENMAN GOLDBERG RABY & MARTINEZ

          *[signature]*

          Gabriel A. Martinez, Esq. (SBN 326)
          Thomas W. Askeroth, Esq. (SBN 11513)
          Dillon G. Coil, Esq. (SBN 11541)
          601 South Ninth Street
          Las Vegas, NV 89101
          Phone: 702.384.1616 ~ Fax: 702.384.2990
          *Attorneys for Plaintiff*

# EXHIBIT B

**State Farm Mutual Automobile Insurance Company**
2700 South Sunland Drive
Tempe AZ  85282-3387

70602-2-A    MUTL-3 VOL

**DECLARATIONS PAGE**

PAGE 1 OF 2

NAMED INSURED
AT2
     000828  0058         28-2420-2  A     A
HANK, RUTH B & ANTHONY
LAS VEGAS NV

| POLICY NUMBER   289 5435-E01-28I |
| POLICY PERIOD OCT 27 2015 to MAY 01 2016 |
| 12:01 A.M. Standard Time |

STATE FARM PAYMENT PLAN NUMBER
 0064208224

AGENT

JERE COLE
640 E DEER SPRNG WAY STE 120
N LAS VEGAS, NV 89086-1513

PHONE: (702)649-9200

ST-8
0103-0402

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.**
**IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSE  D.**

### YOUR CAR

| YEAR | MAKE | MODEL | BODY STYLE | VEHICLE ID. NUMBER | CLASS |
|---|---|---|---|---|---|
| 2008 | CHEVROLET | IMPALA | 4DR | | 603050A000 |

| SYMBOLS | COVERAGE & LIMITS | PREMIUMS |
|---|---|---|
| A | Liability Coverage | |
| | Bodily Injury Limits | |
| | Each Person,   Each Accident | |
| | $50,000         $100,000 | |
| | Property Damage Limit | |
| | Each Accident | |
| | $50,000 | |
| C | Medical Payments Coverage | |
| | Limit - Each Person | |
| | $10,000 | |
| D | Comprehensive Coverage - $500 Deductible | |
| G | Collision Coverage - $500 Deductible | |
| H | Emergency Road Service Coverage | |
| R1 | Car Rental and Travel Expenses Coverage | |
| | Limit - Car Rental Expense | |
| | Each Day,    Each Loss | |
| | $16              $400 | |
| U | Uninsured Motor Vehicle Coverage | |
| | Bodily Injury Limits | |
| | Each Person,   Each Accident | |
| | $50,000         $100,000 | |

\* Total premium for OCT 27 2015 to MAY 01 2016.                This is not a bill.

### IMPORTANT MESSAGES

**NOTIFICATION OF POTENTIAL INCREASE IN PREMIUMS BASED UPON INCIDENTS OR CLAIMS**
Incidents, such as motor vehicle accidents and/or violations, as well as insurance claims may have an impact on your future car insurance premiums.  While the exact impact on premiums will depend on a variety of factors related to the specific incident or claim, State Farm uses the criteria below to determine premium surcharges under the Accident Record Rating Plan.

    For new business rating, an accident is chargeable if it resulted in $750 or more of damage to any property.    For renewal business, an accident is chargeable if State Farm paid at least $750 (for accidents occurring on or after April 1, 1999) under property damage liability and collision coverages for an at-fault accident.    An at-fault accident is one that results in damage to any property.   An accident shall not be considered at-fault if the company is furnished sufficient evidence that the driver involved in the accident was less that 50% at-fault.   Policyholders with chargeable accidents may lose their Good Driving Discount or Accident-Free Discount and receive accident surcharges.    If the accident is the first in nine years and the policy has been in force for at least nine years, the Accident-Free Discount will continue and no surcharge will be applied.    The surcharge for each accident depends upon the number and timing of the accidents.    Each surcharge will remain in effect up to three years.   Surcharges will be removed if satisfactory evidence is furnished that the driver involved is no longer a member of the household or will not be driving the car in the future.    If that driver is insured on another State Farm policy, his or her driving record will be considered in the rating of the other policy.

This is just one example of the many factors that may have an impact on your individual premium.     For further information, see your State Farm Agent.

Replaced policy number 2895435-28H.

**Your total renewal premium for NOV 01 2015 to MAY 01 2016 is $**

**\* The total premium listed above reflects a recent change to your policy and the 6 month renewal premium.**

CONTINUED
See Reverse Side

01030/02937
155-3866.2  04-2005  (o1a025hd)
I1SX0N   (o1a025te)

**State Farm Mutual Automobile Insurance Company**
*2700 South Sunland Drive*
*Tempe AZ  85282-3387*

**DECLARATIONS PAGE**

PAGE 2 OF 2

NAMED INSURED   000828  0058          28-2420-2  A     A
HANK, RUTH B & ANTHONY

LAS VEGAS NV

POLICY NUMBER    289 5435-E01-28I
POLICY PERIOD OCT 27 2015 to MAY 01 2016
   12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
0064208224

ST-8
0203-0402

**EXCEPTIONS, POLICY BOOKLET & ENDORSEMENTS (See policy booklet & individual endorsements for coverage details.)**

```
YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9828A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
6091T      CERTIFICATE OF GUARANTEED RENEWAL.
6928A.1    AMENDATORY ENDORSEMENT.
```

Agent:       JERE COLE

Telephone:   (702)649-9200

Prepared     OCT 29 2015        2420-ACB

01031/02937
155-3866.2  04-2005  (o1a025hd)           (o1a0254c)
   I3SX0       (o1a025vd)